

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Carolyn Cash Bartee,

\* From the 259th District Court
of Shackelford County
Trial Court No. 2016-038.

Vs.  No. 11-18-00017-CV

\* January 31, 2020

Billy Jack Bartee,

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.  The costs incurred by reason of this appeal are taxed against Carolyn Cash Bartee.